IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ISREAL,<br><br>          Plaintiff,<br><br>     v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>          Defendant.                    / | No. C 09-01525 CW (PR)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

   Defendants have requested an extension of time in which to file their motion for summary judgment.  Having read and considered Defendants' request and the accompanying declaration of counsel, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED.  The time in which Defendants may file their motion for summary judgment will be extended up to and including November 30, 2010.  Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than sixty (60) days after the date Defendants' motion is filed.  If Defendants wish to file a reply brief, they shall do so no later than thirty (30) days after the date Plaintiff's opposition is filed.

   This Order terminates Docket no. 22.

   IT IS SO ORDERED.

Dated: 10/29/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ISREAL,

        Plaintiff,

  v.

A. HEDGPETH et al,

        Defendant.

Case Number: CV09-01525 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Isreal C-11296
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: October 29, 2010

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk