J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LAURA E. SEIDL (SBN 269891)
lseidl@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorney for Defendants
CHARLES LEE, M.D. and ROBIN RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ISREAL,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES D. LEE M.D., et al.<br><br>          Defendants. | Case No.: 4:09-cv-01525-CW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION** |

Defendants Charles D. Lee, M.D. and Robin Rodriguez submitted their Motion to Extend the Deadline to File a Motion for Summary Judgment or Other Dispositive Motion, this Notice of Motion, and the Declaration of Laura E. Seidl in Support Thereof to this Court.  The Court, having read and considered the motion and related papers, and all other matters presented to the Court, and good cause appearing therefore, hereby GRANTS the motion and makes the following an Order of the Court:

IT IS ORDERED that Defendants shall file a motion for summary judgment or other dispositive motion no later than **January 7,  2010**.  The motion shall be supported by adequate factual documentation and, if applicable, shall conform in all respects to Federal Rule of Civil Procedure 56.  All papers filed with the Court shall be promptly served on Plaintiff.

IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **sixty (60) days** after the date on which

1

{00069768.DOC/}DOC 0863                                                                                              *Isreal v. Lee, et al.*
[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE MOTION          4:09-cv-01525 CW

1  Defendants' motion is filed.  Plaintiff is referred to the Court's Order of Service filed May 18, 2010,

2  at Docket No. 10, regarding summary judgment.

3       IT IS FURTHER ORDERED that Defendants' reply brief shall be filed no later than **thirty**

4  **(30) days** after the date Plaintiff's opposition is filed.

5       IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply

6  brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

7       IT IS SO ORDERED.

9  Dated:  11/30/2010

                    _____
                    HONORABLE CLAUDIA WILKEN
                    United States District Court Judge

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

2

{00069768.DOC/}DOC 0863  
[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE MOTION  
*Isreal v. Lee, et al.*  
4:09-cv-01525 CW