1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
3  180 Grand Avenue, Suite 225
   Oakland, California  94612
4  Tel.:  (510) 287-4160
   Fax:  (510) 287-4161
5
   Attorney for Defendants
6  CHARLES LEE, M.D. and ROBIN RODRIGUEZ

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ISREAL,                          Case No.: 4:09-cv-01525-CW

12            Plaintiff,                     **ORDER GRANTING DEFENDANTS'**
                                             **MOTION TO EXTEND THE DEADLINE**
13     v.                                    **TO FILE A DISPOSITIVE MOTION**

14  CHARLES D. LEE M.D., et al.

15            Defendants.

16

17       The Motion to Extend the Deadline to File Dispositive Motion by DEFENDANTS Charles D.

18  Lee, M.D. and Robin Rodriguez and all related pleadings were submitted to this Court.  The Court,

19  having read and considered the motion and related papers in this matter, and all other matters presented

20  to the Court, and good cause appearing therefore, hereby GRANTS the motion.  The Court, extends the

21  time for defendants to file a dispositive motion.

22       IT IS ORDERED that DEFENDANTS shall file a motion for summary judgment or other

23  dispositive motion no later than **sixty (60) days** from the date of this order.  The motion shall be

24  supported by adequate factual documentation and, if applicable, shall conform in all respects to Federal

25  Rule of Civil Procedure 56.  If defendants are of the opinion that this case cannot be resolved by

26  dispositive motion, they shall so inform the Court prior to the date the motion is due.  All papers filed

27  with the Court shall be promptly served on plaintiff.

28       IT IS FURTHER ORDERED that plaintiff's opposition to the dispositive motion shall be filed

1

1   with the Court and served on defendants no later than **sixty (60) days** after the date on which

2   defendants' motion is filed.

3       IT IS FURTHER ORDERED that defendants' reply brief shall be filed no later than **14 days**

4   after the date plaintiff's opposition is filed.

5       IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply

6   brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

7       IT IS SO ORDERED.

10  Dated:  __1/14/2011_____                       _____
11                                                    HONORABLE CLAUDIA WILKEN
                                                      United States District Judge

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION