IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ISREAL,

    Plaintiff,

  v.

A. HEDGPETH, Warden, et al.,

    Defendant.
                              /

No. C 09-01525 CW (PR)

ORDER DENYING PENDING MOTION

    On July 29, 2010, Plaintiff filed a motion entitled, "Motion for Court Order to Compel Prison Officials to Give Plaintiff His Legal and Personal Property."  At the time he filed his motion, Plaintiff states that he was housed at the California Correctional Institution.  He alleges that prison officials "continue to 'drag their feet' in giving Plaintiff his legal property that contains all of his legal cases and paperwork." (Pl.'s Mot. at 1.)  He also lacks access to his "personal property that contains [his] hearing aid batteries (Plaintiff is hearing impaired in both ears and wears hearing aids in both ears)."  (Id.)  The Court notes that since he filed the present motion, Plaintiff has been transferred to the California Substance Abuse Treatment Facility.  The transfer to a different prison is important because it makes much of his requested relief moot.  Accordingly, Plaintiff's "Motion for Court Order to Compel Prison Officials to Give Plaintiff His Legal and Personal Property" (docket no. 18) is DENIED as moot.

    This Order terminates Docket no. 18.

    IT IS SO ORDERED.

Dated: 3/14/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ISREAL,

        Plaintiff,

  v.

A. HEDGPETH et al,

        Defendant.

Case Number: CV09-01525 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew W Roman
Andrada & Associates
180 Grand Avenue, Suite 225
Oakland, CA 94612

Michael Isreal C-11296
CSATF/State Prison at Corcoran
P.O. Box 5244
Corcoran, CA 93212

Dated: March 14, 2011

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk