**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ISREAL,                    No. C 09-01525 CW (PR)

12        Plaintiff,                   ORDER DENYING MOTION FOR
                                       APPOINTMENT OF COUNSEL
13     v.

14  DR. CHARLES D. LEE, et al.,

15        Defendants.
                                    /
16

17      Plaintiff requests the appointment of counsel to represent him

18  in this action in which Defendants have filed a Motion for Summary

19  Judgment, Plaintiff has filed an opposition and Defendants have

20  filed a reply.  Defendants have opposed Plaintiff's request.

21      There is no constitutional right to counsel in a civil case

22  unless an indigent litigant may lose his physical liberty if he

23  loses the litigation.  See Lassiter v. Dep't of Social Services,

24  452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th

25  Cir. 1997) (no constitutional right to counsel in § 1983 action),

26  withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952

27  (9th Cir. 1998) (en banc).  The court may ask counsel to represent

28  an indigent litigant under 28 U.S.C. § 1915 only in "exceptional

United States District Court
For the Northern District of California

1  circumstances," the determination of which requires an evaluation

2  of both (1) the likelihood of success on the merits, and (2) the

3  ability of the plaintiff to articulate his claims pro se in light

4  of the complexity of the legal issues involved.  See id. at 1525;

5  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v.

6  Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of these

7  factors must be viewed together before reaching a decision on a

8  request for counsel under § 1915.  See id.

9      The Court finds that exceptional circumstances entitling

10 Plaintiff to court appointed counsel do not exist at this time, as

11 Plaintiff has been able to articulate his claims and legal

12 arguments adequately in light of the complexity of the legal issues

13 involved.  Accordingly, Plaintiff's request is DENIED.

14     This Order terminates Docket no. 43.

15     IT IS SO ORDERED.

16 Dated: 9/9/2011

        CLAUDIA WILKEN

17      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

MICHAEL ISREAL,

4                                                       Case Number: CV09-01525 CW

Plaintiff,

5                                                       **CERTIFICATE OF SERVICE**

v.

6

A. HEDGPETH et al,

7

Defendant.

8   _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

That on September 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
11   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
12   in the Clerk's office.

13

14

Michael  Isreal C-11296
15   CSATF/State Prison at Corcoran
P.O. Box 5244
16   Corcoran,  CA 93212

17

Dated: September 9, 2011

18                                                       Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

3