IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ISRAEL,                           No. C 09-1525 CW (PR)

       Plaintiff,                     JUDGMENT

  v.

CHARLES D. LEE, M.D., et al.,

       Defendants.
_____/

    For the reasons set forth in this Court's Order Denying as Moot Plaintiff's Motion to Strike Portions of Defendant Rodriguez's Declaration; Denying Plaintiff's Motion to Compel Discovery; Dismissing Claims Against Defendant Masto; and Granting Defendants Rodriguez's and Lee's Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants, that Plaintiff take nothing by way of his complaint, and that all parties bear their own costs.

    IT IS SO ORDERED.

DATED: 3/14/2012

                              CLAUDIA WILKEN
                              United States District Judge